# EXHIBIT A-5

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
| --- | --- |
| **Claim 1** | |
| **[Food container]**<br><br>A polygonal shaped food container comprising: | The Fuji-Reseal Sample discloses a polygonal shaped food container:<br><br> |
| **[frame]**<br><br>a frame defining the polygonal shape of the container, said container having a top, a bottom and sides connecting the top and bottom, the frame containing a food product comprised of discrete food articles; | The Fuji-Reseal Sample discloses a frame defining the polygonal shape of the container, said container having a top, a bottom and sides connecting the top and bottom, the frame capable of containing a food product comprised of discrete food articles.<br><br>Frame<br> |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 1** | |
| | Frame<br>Top<br>Side<br>Bottom |
| **[wrapper]**<br><br>a wrapper surrounding said frame, said wrapper forming the top sides and bottom of the container; | The Fuji-Reseal Sample discloses a wrapper surrounding said frame, said wrapper forming the top sides and bottom of the container.<br>Wrapper |
| **[opening]**<br><br>said top having an access opening sufficiently large to provide hand access | The Fuji-Reseal Sample discloses a top having an access opening sufficiently large to provide hand access to substantially all of the discrete food articles that may be contained within the frame, such that substantially any one of |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 1** | |
| to substantially all of the discrete food articles contained within the frame, such that substantially any one of the discrete food articles can be accessed and removed individually through said access opening; and | the discrete food articles can be accessed and removed individually through said access opening.  Access opening |
| **[sealing layer]**<br><br>a sealing layer, adhesively sealed to said top around said opening, said sealing layer including a starter portion located near a side of the top which can be grasped by a user, said sealing layer being releasable when said starter portion is pulled in a direction away from said side to in turn pull and thereby release at least a portion of said sealing layer to provide the hand access to said top access opening and reclosable against said top to seal said opening when said sealing layer is moved back against the said top. | The Fuji-Reseal Sample discloses a sealing layer, adhesively sealed to said top around said opening, said sealing layer including a starter portion located near a side of the top which can be grasped by a user, said sealing layer being releasable when said starter portion is pulled in a direction away from said side to in turn pull and thereby release at least a portion of said sealing layer to provide the hand access to said top access opening and reclosable against said top to seal said opening when said sealing layer is moved back against the said top. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 1** | |
| | Sealing layer<br>Wrapper top around the opening<br>Starter portion<br>Sealing layer |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 3** | |
| **[starter portion]**<br><br>The polygonal shaped food container of claim 1, wherein said starter portion comprises a tab which projects past an edge of said top at one side of the | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein said starter portion comprises a tab which projects past an edge of said top at one side of the container, said tab being accessible beyond the edge to be grasped.<br><br>In particular, the Fuji-Reseal Sample discloses a starter |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 3** | |
| container, said tab being accessible beyond the edge to be grasped. | portion comprising a tab, which does not adhere to the top, and projects past the edge defined by the top.<br><br>Tab |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 4** | |
| **[graphics on top of container]**<br><br>The polygonal shaped food container of claim 1, wherein said top of the container includes graphics around said opening, and said sealing layer includes graphics which match the graphics on said top. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein said top of the container includes graphics around said opening, and said sealing layer includes graphics which match the graphics on said top.<br><br>In particular, the Fuji-Reseal Sample discloses a food container wherein the top of the container includes a graphic depicting a portion of the Reseal-It ™ logo, and the sealing layer includes a graphic depicting the remaining complementary portion of the Reseal-It ™ logo. When the sealing layer is adhesively sealed to the top, the graphics on the sealing layer match the graphics on the top. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 4** | |
| | Graphics on sealing layer<br>Graphics on top |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 6** | |
| **[tamper-evident structure]**<br><br>The polygonal shaped food container of claim 1, further comprising a tamper-evident structure. | The Fuji-Reseal Sample discloses a polygonal shaped food container further comprising a tamper-evident structure.<br><br>In particular, the Fuji-Reseal Sample discloses a tamper-evident structure comprising interlocking jagged patterns on the sealing layer and the top. Two edges of the sealing layer are shaped in a jagged pattern that correspond to complementary jagged patterns on the top. The user can determine whether the food container has been tampered with by examining whether the complementary jagged patterns on the sealing layer and the top are interlocked. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 6** | |
| | Tamper-evident structure<br>Tamper-evident structure |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 12** | |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 12** | |
| **[starter portion is a tab]**<br><br>The polygonal shaped food container of claim 1, wherein said starter portion comprises a tab. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein said starter portion comprises a tab.<br><br> |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 13** | |
| **[rectangular food container]**<br><br>A rectangular food container comprising: | The Fuji-Reseal Sample discloses a rectangular food container.<br><br> |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 13** | |
| **[frame]**<br><br>a frame defining the rectangular shape of the container, said container having a generally rectangular top, a generally rectangular bottom and sides connecting the top and the bottom, said frame containing a food product comprised of discrete food articles; | The Fuji-Reseal Sample discloses a frame defining the rectangular shape of the container, said container having a generally rectangular top, a generally rectangular bottom and sides connecting the top and the bottom, said frame capable of containing a food product comprised of discrete food articles.<br><br>Frame<br><br><br>Frame<br> |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 13** | |
| | Top<br>Side<br>Bottom |
| **[wrapper]**<br><br>a wrapper surrounding said frame, said wrapper forming said generally rectangular top of the container; | The Fuji-Reseal Sample discloses a wrapper surrounding said frame, said wrapper forming said generally rectangular top of the container.<br><br>Wrapper |
| **[opening]**<br><br>said top having an access opening sufficiently large to provide hand access to substantially all of the discrete food articles contained within the frame, such that substantially any one of the discrete food articles can be accessed and removed individually through said access opening; and | The Fuji-Reseal Sample discloses a top having an access opening sufficiently large to provide hand access to substantially all of the discrete food articles that may be contained within the frame, such that substantially any one of the discrete food articles can be accessed and removed individually through said access opening.<br>Access opening |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 13** | |
| **[sealing layer]**<br><br>a sealing layer, adhesively sealed to said top around said opening, said sealing layer including a starter portion located near a side of the top which can be grasped by a user, said sealing layer being releasable when said starter portion is pulled in a direction away from said side to in turn pull and thereby release at least a portion of said sealing layer to provide the hand access to said top access opening and reclosable against said top to seal said opening when said sealing layer is moved back against said top. | The Fuji-Reseal Sample discloses a sealing layer, adhesively sealed to said top around said opening, said sealing layer including a starter portion located near a side of the top which can be grasped by a user, said sealing layer being releasable when said starter portion is pulled in a direction away from said side to in turn pull and thereby release at least a portion of said sealing layer to provide the hand access to said top access opening and reclosable against said top to seal said opening when said sealing layer is moved back against said top.<br><br>Sealing layer<br>Wrapper top around the opening |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
| --- | --- |
| **Claim 13** | |
| | Starter portion<br>Sealing layer |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 15** | |
| **[sealing layer covers substantially the entire top]**<br><br>The generally rectangular food container of claim 13, wherein said sealing layer covers substantially the entire top. | The Fuji-Reseal Sample discloses a generally rectangular food container wherein said sealing layer covers substantially the entire top.<br><br>Sealing layer |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 16** | |
| **[graphics on top of container]** | The Fuji-Reseal Sample discloses a generally rectangular shaped food container wherein said top of the container |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 16** | |
| The generally rectangular food container of claim 13, wherein said top of the container includes graphics around said opening, and said sealing layer includes graphics which match the graphics on said top. | includes graphics around said opening, and said sealing layer includes graphics which match the graphics on said top.<br><br>In particular, the Fuji-Reseal Sample discloses a food container wherein the top of the container includes a graphic depicting a portion of the Reseal-It ™ logo, and the sealing layer includes a graphic depicting the remaining complementary portion of the Reseal-It ™ logo. When the sealing layer is adhesively sealed to the top, the graphics on the sealing layer match the graphics on the top.<br><br>Graphics on sealing layer<br>Graphics on top<br>RE-SEAL IT™ |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 17** | |
| **[tamper-evident structure]**<br><br>The generally rectangular food container of claim 13, further comprising a tamper-evident structure. | The Fuji-Reseal Sample discloses a generally rectangular shaped food container further comprising a tamper-evident structure.<br><br>In particular, the Fuji-Reseal Sample discloses a tamper-evident structure comprising interlocking jagged patterns on the sealing layer and the top. Two edges of the sealing layer are shaped in a jagged pattern that correspond to complementary jagged patterns on the top. The user can determine whether the food container has been tampered with by examining whether the complementary jagged patterns on the sealing layer and the top are interlocked. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
| --- | --- |
| **Claim 17** | |
| | Tamper-evident structure<br><br>Tamper-evident structure |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 23** | |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
| --- | --- |
| **Claim 23** | |
| **[starter portion is a tab]**<br><br>The generally rectangular food container according to claim 13, wherein said starter portion comprises a tab. | The Fuji-Reseal Sample discloses a generally rectangular shaped food container wherein said starter portion comprises a tab.<br> |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 24** | |
| **[starter portion]**<br><br>The generally rectangular food container according to claim 23, wherein the tab projects past an edge of the top at a shorter side of the generally rectangular top so as to be accessible to be grasped beyond said edge. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the tab projects past an edge of the top at a shorter side of the generally rectangular top so as to be accessible to be grasped beyond said edge.<br><br>In particular, the Fuji-Reseal Sample discloses a starter portion that does not adhere to the top, and projects past the edge defined by the top at the shorter side of the generally rectangular top. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 24** | |
| | Starter portion |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 26** | |
| **[top has a pair of facing perimeter portions]**<br><br>The polygonal shaped food container of claim 1 wherein the frame has an upper periphery and the top has a pair of facing perimeter portions adjacent the access opening, the pair of facing perimeter portions extending inward beyond at least a portion of the upper periphery portion to capture the frame in the wrapper against unintentional removal through the access opening. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame has an upper periphery and the top has a pair of facing perimeter portions adjacent the access opening, the pair of facing perimeter portions extending inward beyond at least a portion of the upper periphery portion to capture the frame in the wrapper against unintentional removal through the access opening. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 26** | |
| | Perimeter portion of top<br>Upper periphery of frame<br>Facing perimeter portions of top |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 26** | |
| | Perimeter portion of top<br>Upper periphery of frame |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 27** | |
| **[facing perimeter portions surround the access opening]**<br><br>The polygonal shaped food container in claim 26 wherein the facing perimeter portions extend to additional perimeter portions, the perimeter portions combined to surround the access opening, and the perimeter portions all extend inward beyond the upper periphery portion to capture the frame in the wrapper against unintentional removal through the access opening. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the facing perimeter portions extend to additional perimeter portions, the perimeter portions combined to surround the access opening, and the perimeter portions all extend inward beyond the upper periphery portion to capture the frame in the wrapper against unintentional removal through the access opening.<br><br><br>Access opening<br>Facing perimeter portions of top |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 27** | |
| | Perimeter portion of top<br>Upper periphery of frame<br>Perimeter portion of top<br>Upper periphery of frame |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 28** | |
| **[sealing layer is sealed adhesively to perimeter portions]**<br><br>The polygonal shaped food container of claim 26 wherein the sealing layer is | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the sealing layer is releasably sealed adhesively to the perimeter portions. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 28** | |
| releasably sealed adhesively to the perimeter portions. | Sealing layer<br>Perimeter portion of top |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 29** | |
| **[wrapper is unattached to the frame]**<br><br>The polygonal shaped food container of claim 26 wherein the wrapper is unattached to the frame and defines an outer profile for the container extending at least in part outwardly from the frame. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the wrapper is unattached to the frame and defines an outer profile for the container extending at least in part outwardly from the frame. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 29** | |
| | Wrapper<br>Frame<br>Outer profile |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 30** | |
| **[outer profile extends outward from the frame]**<br><br>The polygonal shaped food container of claim 29 wherein the outer profile of the container extends outward from the frame at an end of the container and the wrapper is sealed to itself at the end of the container | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the outer profile of the container extends outward from the frame at an end of the container and the wrapper is sealed to itself at the end of the container |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 30** | |
| | Outer profile<br><br>Wrapper sealed to itself at the ends |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 31** | |
| **[starter portion is free from the container]**<br><br>The polygonal shaped food container of claim 26 wherein the starter portion is free from the remainder of the container such that it can be grasped simultaneously from above and below to open the container. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the starter portion is free from the remainder of the container such that it can be grasped simultaneously from above and below to open the container.<br><br>In particular, the Fuji-Reseal Sample discloses a starter portion that does not adhere to the top, and is free from the remainder of the container. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 31** | |
| |  |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 32** | |
| **[frame has at least one divider]**<br><br>The polygonal shaped food container of claim 26 wherein the frame has at least one divider to separate discrete food articles. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame has at least one divider capable of separating discrete food articles.<br><br> |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 34** | |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| **[food container]**<br><br>A polygonal shaped food container comprising: | The Fuji-Reseal Sample discloses a polygonal shaped food container.<br><br> |
| **[frame]**<br><br>a frame defining the polygonal shape of the container, the frame having a bottom, side and an upper periphery portion, the frame containing a food product comprised of discrete food product articles; | The Fuji-Reseal Sample discloses a frame defining the polygonal shape of the container, the frame having a bottom, side and an upper periphery portion, the frame capable of containing a food product comprised of discrete food product articles.<br><br> |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| | Frame Upper periphery of frame<br>Side of frame<br>Bottom of frame |
| **[overwrap encasing the frame]**<br><br>an overwrap encasing the frame, the overwrap forming an overwrap top, overwrap bottom and overwrap sides of the container over the frame and defining the top having at least a pair of facing overwrap perimeter portions | The Fuji-Reseal Sample discloses an overwrap encasing the frame, the overwrap forming an overwrap top, overwrap bottom and overwrap sides of the container over the frame and defining the top having at least a pair of facing overwrap perimeter portions inward of the periphery portion of the frame. |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| inward of the periphery portion of the frame, | Overwrap<br>Overwrap top<br>Overwrap side<br>Overwrap bottom |
| **[overwrap top having reclosable access opening]**<br><br>the overwrap top having a reclosable access opening defined at least in part by the perimeter portions, the opening sufficiently large to provide hand access to substantially all of the discrete food articles contained within the frame such that substantially any one of the discrete food articles can be accessed and removed individually through the reclosable access opening, the upper periphery portion of the frame supporting the overwrap perimeter portions so that the overwrap perimeter portions are in a plane generally parallel to the bottom of the frame, the overwrap perimeter portions capturing the frame in the encasing overwrap to guard against unintentional removal of the frame through the opening from the encasing overwrap; and | The Fuji-Reseal Sample discloses an overwrap top having a reclosable access opening defined at least in part by the perimeter portions, the opening sufficiently large to provide hand access to substantially all of the discrete food articles that may be contained within the frame such that substantially any one of the discrete food articles can be accessed and removed individually through the reclosable access opening, the upper periphery portion of the frame supporting the overwrap perimeter portions so that the overwrap perimeter portions are in a plane generally parallel to the bottom of the frame, the overwrap perimeter portions capturing the frame in the encasing overwrap to guard against unintentional removal of the frame through the opening from the encasing overwrap. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| | Access opening<br><br>Overwrap perimeter portion<br><br>Upper periphery of frame |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| | <br><br>Overwrap perimeter portion<br>Upper periphery<br>of frame<br>Bottom of frame |
| **[sealing layer]**<br><br>a sealing layer adhesively sealed to the overwrap top around the reclosable access opening, the sealing layer including a starter portion located near a side of the overwrap top which can be grasped by a user, the sealing layer being releasable when said starter portion is pulled in a direction away from the side to in turn pull and thereby release at least a portion of the sealing layer to provide | The Fuji-Reseal Sample discloses a sealing layer adhesively sealed to the overwrap top around the reclosable access opening, the sealing layer including a starter portion located near a side of the overwrap top which can be grasped by a user, the sealing layer being releasable when said starter portion is pulled in a direction away from the side to in turn pull and thereby release at least a portion of the sealing layer to provide the hand access to the reclosable access opening and reclosable against the overwrap top to seal the access opening when the sealing layer is moved back against the overwrap top. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 34** | |
| the hand access to the reclosable access opening and reclosable against the overwrap top to seal the access opening when the sealing layer is moved back against the overwrap top. |     |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 35** | |
| **[perimeter portions capture the frame in the overwrap against unintentional removal]**<br><br>The polygonal shaped food container of claim 34 wherein the facing perimeter | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the facing perimeter portions extend to additional perimeter portions extending inward of the periphery portions of the frame, the facing perimeter portions and additional perimeter portions combined to surround the reclosable access opening, and the perimeter portions all |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 35** | |
| portions extend to additional perimeter portions extending inward of the periphery portions of the frame, the facing perimeter portions and additional perimeter portions combined to surround the reclosable access opening, and the perimeter portions all extend inward beyond the periphery portion of the frame to capture the frame in the overwrap against unintentional removal through the reclosable access opening, the upper periphery portion of the frame supporting all of the overwrap perimeter portions so that the overwrap perimeter portions are in a plane generally parallel to the bottom of the frame after the reclosable access opening is opened to expose the food product articles. | extend inward beyond the periphery portion of the frame to capture the frame in the overwrap against unintentional removal through the reclosable access opening, the upper periphery portion of the frame supporting all of the overwrap perimeter portions so that the overwrap perimeter portions are in a plane generally parallel to the bottom of the frame after the reclosable access opening is opened to expose the food product articles. |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 36** | |
| **[plurality of dividers]**<br><br>The polygonal shaped food container of claim 35 wherein the frame has a plurality of dividers extending transversely across the frame. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame has a plurality of dividers extending transversely across the frame |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
| --- | --- |
| **Claim 36** | |
| | Dividers |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 39** | |
| **[sealing layer covers substantially the entire top]**<br><br>The polygonal shaped food container of claim 35, wherein the sealing layer covers substantially the entire top. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the sealing layer covers substantially the entire top.<br><br>Sealing layer |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 40** | |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 40** | |
| **[each overwrap perimeter portion spans to an adjacent edge of the access opening]**<br><br>The polygonal shaped food container of claim 34 wherein the overwrap perimeter portions each span from the upper periphery portion of the frame to an adjacent edge of the access opening. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the overwrap perimeter portions each span from the upper periphery portion of the frame to an adjacent edge of the access opening.<br><br> |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 41** | |
| **[each facing perimeter portion span to adjacent edge of the access opening]**<br><br>The polygonal shaped food container of claim 35 wherein the facing perimeter portions and the additional perimeter portions each span from the upper periphery portion of the frame to an adjacent edge of the access opening. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the facing perimeter portions and the additional perimeter portions each span from the upper periphery portion of the frame to an adjacent edge of the access opening. |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 41** | |
| | Edge of access opening<br>Upper periphery portion of frame<br>Overwrap perimeter portion |
| **'532 Patent Claim** | **Prior Art Reference** |
| **Claim 42** | |
| **[frame is the only support for elevating the wrapper at the top of the container]**<br><br>The polygonal shaped food container of claim 1 wherein the frame is the only support for elevating the wrapper at the top of the container. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame is the only support for elevating the wrapper at the top of the container.<br><br>Frame |

# Invalidity of U.S. Patent No. 6,918,532
# In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 42** | |
| | Elevated wrapper top |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 43** | |
| **[the wrapper at the top is generally planar to the upper periphery]**<br><br>The polygonal shaped food container of claim 42 wherein the frame has a bottom, sides and an upper periphery portion, and the wrapper at the top of the container is generally planar between the entirety of the upper periphery portion of the frame. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame has a bottom, sides and an upper periphery portion, and the wrapper at the top of the container is generally planar between the entirety of the upper periphery portion of the frame.<br><br><br>Side of frame<br>Upper periphery of frame<br>Bottom of frame<br><br>Generally planar wrapper<br> |

# Invalidity of U.S. Patent No. 6,918,532<br>In Light of the Fuji-Reseal Sample

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 44** | |
| **[food container]**<br><br>The polygonal shaped food container of claim 1 wherein: | The Fuji-Reseal Sample discloses a polygonal shaped food container.<br><br> |
| **[bottom, sides and an upper periphery portion]**<br><br>the frame has a bottom, sides and an upper periphery portion; | The Fuji-Reseal Sample discloses a frame having a bottom, sides and an upper periphery portion.<br><br> |
| **[wrapper is unattached to the upper periphery of the frame]**<br><br>the wrapper is unattached to the upper periphery portion of the frame and at the top of the container having at least a pair of facing perimeter portions each spanning inward from the periphery portion of the frame to an adjacent edge of the access opening, the upper periphery portion of the frame and an | The Fuji-Reseal Sample discloses a wrapper is unattached to the upper periphery portion of the frame and at the top of the container having at least a pair of facing perimeter portions each spanning inward from the periphery portion of the frame to an adjacent edge of the access opening, the upper periphery portion of the frame and an inward dimension of the facing perimeter portions of the wrapper cooperating to locate the facing perimeter portions to permit the sealing layer to be resealable to the facing perimeter portions to permit the sealing layer to be resealable to the facing perimeter portions of the wrapper when the sealing layer is |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 44** | |
| inward dimension of the facing perimeter portions of the wrapper cooperating to locate the facing perimeter portions to permit the sealing layer to be resealable to the facing perimeter portions to permit the sealing layer to be resealable to the facing perimeter portions of the wrapper when the sealing layer is moved back against the top. | moved back against the top.  Perimeter portion of wrapper<br>Upper periphery of frame  Facing perimeter portions of wrapper |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 44** | |
| | Sealing layer<br>Perimeter portion of wrapper |

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 45** | |
| **[top is generally planar and spans entirely between the upper periphery portion of the frame]**<br><br>The polygonal shaped food container of claim 13 wherein the frame has a bottom, sides and an upper periphery portion, the generally rectangular top being generally planar and spanning entirely between the upper periphery portion of the frame. | The Fuji-Reseal Sample discloses a polygonal shaped food container wherein the frame has a bottom, sides and an upper periphery portion, the generally rectangular top being generally planar and spanning entirely between the upper periphery portion of the frame.<br><br> |

**Invalidity of U.S. Patent No. 6,918,532**
**In Light of the Fuji-Reseal Sample**

| '532 Patent Claim | Prior Art Reference |
|---|---|
| **Claim 45** | |
| | Generally rectangular, generally planar top |