IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERCONTINENTAL GREAT BRANDS LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 1:13-cv-00321 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| KELLOGG NORTH AMERICA COMPANY, KELLOGG USA INC., KEEBLER COMPANY, KEEBLER FOODS COMPANY, AND KELLOGG SALES COMPANY, | ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that counsel for Defendants Kellogg North America Company, Kellogg USA Inc., Keebler Company, Keebler Foods Company, and Kellogg Sales Company hereby withdraw their MOTION FOR LEAVE TO FILE UNDER SEAL (Dkt. No. 129), originally scheduled to be heard before the Honorable Matthew F. Kennelly on Thursday, March 26, 2015, at 9:30 a.m. in Courtroom 2103 located at 219 South Dearborn Street, Chicago, IL 60604 (Dkt. No. 130).

Subsequent to the filing of Defendants' Motion for Leave to File Under Seal, the parties agreed that the under seal filings could be filed in the public record. Accordingly, Defendants hereby withdraw their Motion for Leave to File Under Seal.

Dated: March 25, 2015

                                                                                          Respectfully submitted,

                                                                                         */s/ James J. Lukas, Jr.*

                                                                                         Richard D. Harris
                                                                                         Francis A. Citera

                                      James J. Lukas, Jr.
                                      Matthew J. Levinstein
                                      Robbie R. Harmer
                                      Greenberg Traurig, LLP
                                      77 W. Wacker Dr., Ste. 3100
                                      Chicago, IL 60601
                                      Telephone: (312) 456-8400
                                      Facsimile: (312) 456-8435
                                      *harrisr@gtlaw.com*
                                      *citeraf@gtlaw.com*
                                      *lukasj@gtlaw.com*
                                      *levinsteinm@gtlaw.com*
                                      *harmerr@gtlaw.com*

                                      *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2015, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for Plaintiff:

>Jan M Conlin
>Katie Crosby Lehmann
>Melissa A Goodman
>Michael V. Ciresi
>Ciresi Conlin LLP
>225 S. 6th Street
>Suite 4600
>Minneapolis, MN 55402
>(612) 361-8200
>*JMC@ciresiconlin.com*
>*KCL@ciresiconlin.com*
>*MAG@ciresiconlin.com*
>*MVC@ciresiconlin.com*
>
>Jacob D Koering
>Freeborn & Peters LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL 60606
>312-360-6703
>Fax: 312-360-6996
>*jkoering@freebornpeters.com*

Dated: March 25, 2015　　　　　　　　　　　*/s/ James J. Lukas, Jr.*